IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 1:14-cv-02389-PAB-BNB

PARBEEN BRAR,

Plaintiff,

v.

STEPHEN ANNEST, M.D., and
RICHARD SANDERS, M.D.,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter arises on the plaintiff's **Motion to Vacate and Reschedule Scheduling/Planning Conference Scheduled for November 13, 2014, and Corresponding Deadlines** [docket no. 7, filed October 30, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The Scheduling Conference set for **November 13, 2014,** is RESET to **February 25, 2015, at 11:00 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **February 18, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  October 31, 2014